## NOTICE OF CONSENT TO JOIN

      By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of BYO Co. (USA) Inc. d/b/a EN and Reika Yo to pay me minimum wages due in accordance with federal and state law and unpaid gratuities. I authorize the filing of this consent in the action(s) challenging such conduct.

 06.09.2008
Date


_____
Chuleepron Phutrakul