

622545

**U.S. DISTRICT COURT, SOUTHERN DIST.**
**NEW YORK**

| |
|---|
| **INDEX NO: 4415/08** |
| **FILE DATE: 5/1/2008** |
|    **ATTY: SCOTT A. LUCAS** |
|      **60 EAST 42ND STREET** |
|      **SUITE 1001** |
|      **NEW YORK, NY  10165** |

**STATE OF NEW YORK: COUNTY OF NEW YORK**

EPS No: **597015**
Attorney File No:
Batch No: **0**

**YOU YOU XIA, PETER CLASEN, ET AL**　　　　　　　　　　　　　　　　　**Plaintiff(s)**

**- against -**
**BYO CO. (USA), LTD. D/B/A EN & REIKA YO**　　　　　　　　　　　　**Defendant(s)**

---

### STATE OF NEW YORK,  COUNTY OF QUEENS: SS:

YOLER JEAN BAPTISTE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 6/20/2008 at 3:40PM at 435 HUDSON STREET, NEW YORK, NY 10014,  deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on BYO CO. (USA), LTD. D/B/A EN. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

### CORPORATION
By delivering to and leaving with BYO CO. (USA), LTD. D/B/A EN and that the deponent knew the person so served to be the GENERAL AGENT, "JANE DOE", AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

### A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age: **30**　　　　　　Approximate weight: **130**　　　　　　Approximate height: **5'6"**
   Color of skin: **WHITE**　　　　　　　Color of hair: **BLACK**　　　　　　　　　Sex: **F**

Sworn to before me on   **6/21/2008**

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**Elite Process Servers, Inc. * 88-08 Little Neck Parkway, Floral Park, NY 11001**

COURT: U.S. DISTRICT COURT, SOUTHERN DIST.

INDEX NO:  4415/08

COUNTY: NEW YORK

_____X

YOU YOU XIA, PETER CLASEN, ET AL

Plaintiff(s)

- against -

BYO CO. (USA), LTD. D/B/A EN & REIKA YO

Defendant(s)

_____X

# AFFIDAVIT OF SERVICE

SCOTT A. LUCAS
Attorney for Plaintiffs
60 EAST 42ND STREET
NEW YORK, NY 10165
212-573-6906
212-286-9516

**Elite Process Servers, Inc. * 88-08 Little Neck Parkway, Floral Park, NY 11001**