```
622546
```

**U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK**

INDEX NO: 4415/08
FILE DATE: 5/1/2008
ATTY: SCOTT A. LUCAS
60 EAST 42ND STREET
SUITE 1001
NEW YORK, NY 10165
EPS No: 597015
Attorney File No:
Batch No: 0

**STATE OF NEW YORK: COUNTY OF NEW YORK**

YOU YOU XIA, PETER CLASEN, ET AL    **Plaintiff(s)**

- against -

BYO CO. (USA), LTD. D/B/A EN & REIKA YO    **Defendant(s)**

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**

YOLER JEAN BAPTISTE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 6/20/2008 at 3:40PM at BYO CO. (USA), LTD. D/B/A EN, 435 HUDSON STREET, NEW YORK, NY 10014 deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on REIKA YO. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**SUITABLE AGE PERSON**

Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person. By delivering a true copy of the thereof to and leaving with "JANE DOE", WHO REFUSED TO GIVE NAME, CO-WORKER a person of suitable age and discretion at BYO CO. (USA), LTD. D/B/A EN, 435 HUDSON STREET, NEW YORK, NY 10014, the said premises being the defendants Place of Business within the State of New York.

**MAILING** First Class Mail

Deponent completed service under the last two sections by depositing 1 Copy of the SUMMONS & COMPLAINT IN A CIVIL ACTION to REIKA YO at BYO CO. (USA), LTD. D/B/A EN, 435 HUDSON STREET, NEW YORK, NY 10014 in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York on 6/23/2008 via First Class Mail. The mailing was made to the address bearing 'PERSONAL & CONFIDENTIAL' and not indicating 'LEGAL ACTION'.    NP

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age: **30**        Approximate weight: **130**        Approximate height: **5'6"**
Color of skin: **WHITE**       Color of hair: **BLACK**           Sex: **F**

**Military Service** ☒ Upon information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

113936

Sworn to before me on __JUN 2 5 2008__

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**Elite Process Servers, Inc. * 88-08 Little Neck Parkway, Floral Park, NY 11001**

| | |
|---|---|
| COURT: U.S. DISTRICT COURT, SOUTHERN DIST. | INDEX NO:  4415/08 |
| COUNTY: NEW YORK | |

———————————————————————X

YOU YOU XIA, PETER CLASEN, ET AL

                                                                                                       Plaintiff(s)

- against -

BYO CO. (USA), LTD. D/B/A EN & REIKA YO

                                                                                                       Defendant(s)

———————————————————————X

## AFFIDAVIT OF SERVICE

SCOTT A. LUCAS
Attorney for Plaintiffs
60 EAST 42ND STREET
NEW YORK, NY 10165
212-573-6906
212-286-9516

**Elite Process Servers, Inc. * 88-08 Little Neck Parkway, Floral Park, NY 11001**