```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOU YOU XIA, PETER CLASEN AND
CHULEEPORN PHUTRAKUL, individually
and on behalf of all others similarly situated,

       Plaintiffs,

    -against-

BYO CO. (USA), LTD d/b/a EN and
REIKA YO,

       Defendants.

08-CV-4415 (JGK)

**STIPULATION**

  It is hereby stipulated by and between counsel for Plaintiffs, You You Xia, Peter Clasen and Chuleeporn Phutrakul, individually and on behalf of all others similarly situated ("Plaintiffs"), and counsel for Defendants, BYO Co. (USA) Ltd. d/b/a EN and Reika Yo ("Defendants"), that Defendants' deadline to answer, move or otherwise respond to Plaintiffs' complaint dated May 9, 2008, shall be extended to August 15, 2008.

  It is also hereby stipulated by and between counsel that Defendants agree to not challenge the adequacy of the service of process in this case.

Dated: New York, New York
    June 30, 2008

LAW OFFICES OF SCOTT A. LUCAS
*Attorneys for Plaintiffs*

By: _____
Scott A. Lucas (SL-6316)
Steven M. Sack (SS-4479)
The Lincoln Building, Suite 1001
60 East 42nd Street
New York, NY 10165

FOX ROTHSCHILD LLP
*Attorneys for Defendants*

By: _____
Carolyn Richmond (CR-0993)
100 Park Avenue
New York, NY 10017

SO ORDERED:

_____
Hon. John G. Koeltl

7/10/08

NYI 177268v1 06/30/08