Carolyn D. Richmond (CR-0993)
Eli Z. Freedberg (EF-6854)
FOX ROTHSCHILD LLP
100 Park Avenue, Suite 1500
New York, NY 10017
Phone: 212.878.7900
Fax: 212.692.0940
*Attorneys for Defendants*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 8/19/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

YOU YOU XIA, PETER CLASEN and
CHULEEPORN PHUTRAKUL, individually
and on behalf of all others similarly situated,

    Plaintiffs,

-against-

BYO CO. (USA), LTD. d/b/a EN and REIKA
YO,

    Defendants.
-----------------------------------------------------------x

Civil Action No. 08-04415 (JGK)

**STIPULATION**

ECF CASE

WHEREAS Defendants' time to answer Plaintiffs' complaint dated May 9, 2008 (the "Complaint"), was originally extended from June 9, 2008 to August 15, 2008;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs, You You Xia, Peter Clasen and Chuleeporn Phutrakul, individually and on behalf of all others similarly situated ("Plaintiffs"), and counsel for Defendants, BYO Co. (USA), Ltd. d/b/a EN and Reika Yo ("Defendants"), that Defendants' deadline to answer, move or otherwise respond to the Complaint shall be extended to August 29, 2008.

NY1 305061v1 08/13/08

Dated: New York, New York
       August 14, 2008

| LAW OFFICES OF SCOTT A. LUCAS | FOX ROTHSCHILD, LLP |
|---|---|
| By: _____<br>Scott A. Lucas (SL-6316)<br>Steven M. Sack (SS-4479)<br><br>The Lincoln Building, Suite 1001<br>60 East 42nd Street<br>New York, NY 10165<br>(212) 573-6906<br><br>Attorneys for Plaintiffs, the FLSA Collective Plaintiffs and the Proposed Class | By: _____<br>Carolyn D. Richmond (CR-0993)<br>Eli Z. Freedberg (EF-6854)<br><br>100 Park Avenue<br>Suite 1500<br>New York, New York, 10017<br>(212) 878-7983<br><br>Attorneys for Defendants |

SO ORDERED:

_____ 6/6/09
Hon. John G. Koeltl

8/17/08