UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
YOU YOU XIA, PETER CLASEN and                      08-cv-4415 (JGK)
CHULEEPORN PHUTRAKUL, individually
and on behalf of all others similarly situated,         **NOTICE OF MOTION
                                                                              TO CERTIFY THIS
                     *Plaintiffs*,                            **CASE AS AN FLSA
                                                                              COLLECTIVE
      -against-                                            **ACTION AND AS
                                                                              A RULE 23
BYO CO. (USA), LTD. d/b/a EN                         **CLASS ACTION**
and REIKA YO,

                     *Defendants*.
----------------------------------------------------------X

**PLEASE TAKE NOTICE**, that pursuant to the attached Declarations of Scott A. Lucas, You You Xia, Chuleeporn Phutrakul and Peter Clasen, and the Exhibits annexed thereto, and the accompanying Memorandum of Law, Plaintiffs will and hereby do move the above-captioned Court, returnable at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court if oral argument is desired, for an order: **(A)** approving their proposed collective action notice under section 216(b) of the FLSA and compelling Defendants to immediately disclose the names and last known addresses and telephone numbers of each former and current server, bartender, busser and runner who worked at EN from September 1, 2004 to the present; **(B)** certifying this case as a class action under Rule 23(b)(3) of the Federal Rules

of Civil Procedure, for a class consisting of all persons who have worked at EN as servers, bartenders, runners or bussers from September 1, 2004 to the date of final judgment in this matter; and **(C)** such other and further relief as may be just.

Dated:   New York, New York
           August 28, 2008

                         LAW OFFICES OF SCOTT A. LUCAS

                         By_____/s/_____
                            Scott A. Lucas (SL-6316)
                            Steven M. Sack (SS-4479)
                            The Lincoln Building – Suite 1001
                            60 East 42nd Street
                            New York, NY 10165
                            (212) 573-6906
                            *Attorneys for Plaintiffs*

To:   Carolyn D. Richmond, Esq.
      Fox Rothschild, LLP
      100 Park Avenue
      New York, New York 10017
      (212) 878-7983
      *Attorneys for Defendants*