FOX ROTHSCHILD LLP
Carolyn D. Richmond (CR-0993)
Eli Z. Freedberg (EF-6854)
100 Park Avenue, Suite 1500
New York, New York 10017
Phone: (212) 878-7983

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
YOU YOU XIA, PETER CLASEN and
CHULEEPORN PHUTRAKUL, individually and
on behalf of all others similarly situated,

      Plaintiffs,

   -against-

BYO CO. (USA) d/b/a EN and REIKA YO,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF CASE**

**08-CV-4415 (JGK)**

**DEFENDANTS' RULE 7.1
DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant BYO CO. (USA) d/b/a EN discloses that no publicly held corporation holds any of its stock.

Dated: August 29, 2008
New York, New York

      FOX ROTHSCHILD LLP
      *Attorneys for Defendants*

      */s/ Eli Z. Freedberg*
      By: Carolyn D. Richmond (CR-0993)
        Eli Z. Freedberg (EF-6854)
      100 Park Avenue, Suite 1500
      New York, New York 10017
      (212) 878-7983

NY1 361608v1 08/29/08

## CERTIFICATE OF SERVICE

ELI Z. FREEDBERG, an attorney admitted to practice in this Court, hereby states that on August 29, 2008, I caused a true and correct copy of the foregoing Defendants' Rule 7.1 Disclosure Statement to be filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Scott A. Lucas, Esq.
LAW OFFICES OF SCOTT A. LUCAS
The Lincoln Building – Suite 1001
60 E. 42ND Street
New York, New York 10165
(212) 573-6906

/s/ Eli Z. Freedberg
Carolyn D. Richmond (CR-0993)
Eli Z. Freedberg (EF-6854)