## **CERTIFICATE OF SERVICE**

I certify that on August 28, 2008 I personally delivered a copy of the annexed NOTICE OF MOTION TO CERTIFY THIS CASE AS AN FLSA COLLECTIVE ACTION AND AS A RULE 23 CLASS ACTION and accompanying Declarations of Scott A. Lucas, You You Xia, Peter Clasen and Chuleeporn Phutrakul and Memorandum of Law, all of which were also served at the same time in connection with said motion, by handing same to Defendants' counsel, Carolyn Richards, Esq. of Fox Rothschild at the Courthouse at 500 Pearl Street.

Dated: September 2, 2008

_____
SCOTT A. LUCAS