UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YOU YOU XIA, PETER CLASEN AND
CHULEEPORN PHUTRAKUL, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

              Plaintiffs,

     - against -

BYO CO. (USA), LTD D/B/A EN AND REIKA
YO,

              Defendants.

08 Civ. 4415 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties should submit a stipulation tolling the statute of limitations, with regard to all members of the class as defined in the complaint, by **September 4, 2008**. The stipulation should toll the statute of limitations as of **August 29, 2008**.

    The parties should provide Rule 26 discovery by **September 26, 2008**.

    The parties should submit a proposed briefing schedule and a proposed scheduling order by **October 3, 2008**.

    The Court will refer the case to a Magistrate Judge for purposes of settlement.

SO ORDERED.

Dated:    New York, New York
            August 28, 2008

                                        John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2008