UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOU YOU XIA, PETER CLASEN and CHULEEPORN PHUTRAKUL, individually and on behalf of all others similarly situated,

          Plaintiffs,

- against –

BYO CO. (USA), LTD. d/b/a EN and REIKA YO,

          Defendants.

Case No. 08-cv-4415 (JGK)

## NOTICE OF APPEARANCE

***PLEASE TAKE NOTICE*** that Eli Z. Freedberg, Esq. of the law firm Fox Rothschild LLP, hereby enters his appearance as counsel for Byo Co. (USA) Ltd. d/b/a En and Reika Yo (collectively the "Defendants"), to represent them in connection with the above-captioned proceeding (the "Proceeding"). Mr. Freedberg's address and telephone number are:

    Fox Rothschild LLP
    100 Park Avenue, 15th Floor
    New York, New York 10017
    Attn: Eli Z. Freedberg, Esq.
    Tel: (212) 878-7970
    Fax: (212) 692-0940
    Email: efreedberg@foxrothschild.com

Dated:    New York, New York
            September 4, 2008

                    FOX ROTHSCHILD LLP
                    Counsel to Defendants
                    Byo Co. (USA) Ltd. d/b/a En and Reika Yo

                    By: _____
                    Eli Z. Freedberg (EF-6854)
                    100 Park Avenue, 15th Floor
                    New York, New York 10017
                    (212) 878-7900

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notice of such filing to the following:

Scott A. Lucas, Esq.<br>
Law Offices of Scott A. Lucas<br>
The Lincoln Building Suite 1001<br>
60 E. 42nd Street<br>
New York, NY  10165

By: _____
Eli Z. Freedberg (EF-6854)
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900