UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

YOU YOU XIA, et al.,           :

    Plaintiffs,     :     **ORDER**

  -against-                  :     08 Civ. 4415 (JGK) (FM)

BYO CO. (USA), LTD. d/b/a EN and    :
REIKA YO,
                               :
    Defendants.
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/09
```

**FRANK MAAS,** United States Magistrate Judge.

  Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

  1. By February 17, 2009, plaintiffs' counsel shall serve his informal discovery demands to which the defendants shall respond by February 24, 2009. All other discovery shall be held in abeyance.

  2. Plaintiffs' motion for class certification (Docket No. 10) is withdrawn without prejudice to its later renewal.

  3. Until further notice, the defendants shall not make an offer of judgment without the prior approval of the Court.

  4. A further telephone conference shall be held on March 20, 2009, at 10 a.m. Counsel for plaintiffs should initiate the conference by calling Chambers at (212) 805-6727.

  SO ORDERED.

Dated: New York, New York
    February 10, 2009

                   _____
                   FRANK MAAS
                  United States Magistrate Judge

Copies to:

Hon. John G. Koeltl
United States District Judge

Scott A. Lucas, Esq.
Steven M. Sack, Esq.
Fax: (212) 286-9516

Carolyn D. Richmond, Esq.
Eli Z. Freedberg, Esq.
Fox Rothschild, LLP
Fax: (212) 692-0940